IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JON JOHNSON, #179845,<br>　　Plaintiff, | *<br>*<br>* |
| vs. | *　CIVIL ACTION NO. 13-00221-KD-B<br>* |
| TONY PATTERSON, *et al.*,<br>　　Defendants. | *<br>* |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated June 20, 2014 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff Johnson's claims are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this the **23rd** day of **September 2014.**

　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**